EXHIBIT 17

STAR SHIELD SOLUTIONS INVOICES



Begin forwarded message:

**From:** Monique Estrada <monique@starshieldsolutions.com>
**Subject: Atlantic**
**Date:** July 13, 2016 at 1:54:14 PM EDT
**To:** "Lauram@stripeco.com" <lauram@stripeco.com>, mikem@stripeco.com
**Cc:** Bryan Cobb <bryan@starshieldsolutions.com>

Hi Laura & Mike

Attached are two invoices that Jerry Parker, Tony Horne were invoiced for using the Atlantic name

Not sure if you had received copies or not

Have a GREAT Day!

Monique Estrada
**Customer Relations Coordinator**

---

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.



1-866-NOCHIPS
(909) 563-7890
(866) 610-2620 fax
*CORPORATE OFFICE*
4315 Santa Ana St.
Ontario, CA  91761

SOUTHEAST OFFICE
4301 Stuart Andrew Blvd Unit B
Charlotte, NC 28217


*Like us on Facebook!*
facebook.com/starshieldsolutions

*Recipient of The Toyota Quality Alliance Platinum & Gold Awards recognizing Supplier Excellence for last 7 years*
*Recipient of The 2013 Southeast Toyota Distributors' Award of Excellence for "Quality, Dedication & Commitment"*

The content of this message is the proprietary and confidential property of Star Shield Solutions, and should be treated as such. If you are not the intended recipient and have received this message in error, please delete this message from your computer system and notify me immediately by reply e-mail. Any unauthorized use or distribution of the content of this message is prohibited. Thank you.



# Invoice

**STAR SHIELD SOLUTIONS, LLC**

4315 SANTA ANA STREET
ONTARIO, CA 91761

| Date | Invoice # |
|---|---|
| 7/5/2016 | 16-0913 |

**PAID 07/05/2016**

| Bill To | Ship To |
|---|---|
| Atlantic Dealer Services Coastal LLC<br>PO Box 77386<br>Charlotte, NC 28271 | Atlantic Dealer Services Coastal LLC<br>3642 Savannah Hwy<br>Suite 116 #292<br>Charleston, SC 29455 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Prepaid |  | 7/5/2016 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | 3M SE 84824 | 84824, 3M Scotchgard 24" x 40 Yard PPF Roll, UPC 00051141848242 | 1,038.00 | 1,038.00 |
|  |  | Picked up 7/5/16 |  |  |

| | Total | $1,038.00 |
|---|---|---|

| Phone # | Fax # |
|---|---|
| (866)662-4477 | (866)610-2620 |



STAR SHIELD SOLUTIONS, LLC

4315 SANTA ANA STREET
ONTARIO, CA 91761

# Invoice

| Date | Invoice # |
|---|---|
| 7/12/2016 | 16-0944 |

| Bill To |
|---|
| Atlantic Dealer Services Coastal LLC<br>PO Box 77386<br>Charlotte, NC 28271 |

| Ship To |
|---|
| Atlantic Dealer Services Coastal LLC<br>3642 Savannah Hwy<br>Suite 116 #292<br>Charleston, SC 29455 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | Prepaid | | | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 2 | 3M SE 84824 | 84824, 3M Scotchgard 24" x 40 Yard PPF Roll, UPC 00051141848242 | 1,038.00 | 2,076.00 |
| | | Picked up from office 7/12/16 | | |

Thank you for your business.

**Total** $2,076.00

| Phone # | Fax # |
|---|---|
| (866)662-4477 | (866)610-2620 |