IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CV-00547-GCM

| | |
|---|---|
| ATLANTIC PINSTRIPING, LLC AND MICHAEL MONTEMURRO, <br><br>    Plaintiffs, <br><br>v. <br><br>ATLANTIC PINSTRIPING TRIAD, LLC, ATLANTIC DEALER SERVICES COASTAL, LLC, TONY HORNE, WILLIAM E. HORNE, AND JERRY W. PARKER, <br><br>    Defendants. | **<u>ORDER</u>** |

THIS MATTER is before the Court upon Plaintiffs' and Defendants' Joint Motion to Stay Proceedings.

For good cause shown, the Joint Motion is GRANTED as follows:

1. All proceedings in this Action are stayed until this case is resolved or a final arbitration award is entered, with the exception of any motions or other proceedings to enforce compliance with the Preliminary Injunction Order entered on September 23, 2016 [Dkt. 32].

2. The Parties consent to the continuing jurisdiction of this Court for any motions or other proceedings brought to enforce the Preliminary Injunction.

3. The Parties will promptly advise the Court when this matter has been settled or a final arbitration award has been entered.

So Ordered.

Signed: November 2, 2016

Graham C. Mullen
United States District Judge