# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| Atlantic Pinstriping, LLC, and Michael Montemurro, <br><br> Plaintiffs, <br><br> v. <br><br> Atlantic Pinstriping Triad, LLC, <br> Atlantic Dealer Services Coastal, LLC, <br> Tony Horne, <br> William E. Horne, and <br> Jerry W. Parker, <br><br> Defendants. | Case No. 3:16-CV-547-GCM <br><br><br> **ORDER GRANTING MOTION TO SEAL** |

Upon consideration of the Motion to Seal, by Plaintiff, Atlantic Pinstriping, LLC ("Atlantic"), and it appearing to the Court that good grounds exist for the Motion to seal the following documents:

- Certain portions of Atlantic's Reply Memorandum in further support of Motion for Order to Show Cause (the "Reply");

- Certain portions of the Fourth Declaration of Matthew S. DeAntonio.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion is GRANTED, and that Plaintiff, Atlantic Pinstriping, LLC's above-referenced documents shall be filed UNDER SEAL.

Signed: October 19, 2017

_____
Graham C. Mullen
United States District Judge