# Exhibit B



| | From | **Barefoot Professional Investigations** |
| --- | --- | --- |
| | | 1011 East Morehead Street, Suite 110 |
| | | Charlotte, NC 28204 |

| Invoice For | **Atlantic Pinstriping** | Invoice ID | 2513 |
| --- | --- | --- | --- |
| | c/o Sherri Malloy | Issue Date | 10/12/2017 |
| | Bradley Arant Boult Cummings LLP | Due Date | 11/11/2017 (Net 30) |
| | 214 North Tryon Street, Ste. 3700 | | |
| | Charlotte, NC 28202 | | |

| Description | Quantity | Unit Price | Amount |
| --- | --- | --- | --- |
| 10/05/2017 - GRL Service of Process<br>Travel to 1507-A Turring Drive, Indian Trail, North Carolina re await Alan Rosenberg's return to the office in order to serve Mr. Rosenberg with a Subpoena. | 1.67 | $85.00 | $141.95 |
| Mileage: | 37.00 | $0.65 | $24.05 |
| Prepare Affidavit of Service: | 0.17 | $100.00 | $17.00 |
| | | **Amount Due** | **$183.00** |

**Notes**

Janelle Associates, Inc. d/b/a
Barefoot Professional Investigations
Federal Tax ID 56-1650432



| | From | **Barefoot Professional Investigations** |
|---|---|---|
| | | 1011 East Morehead Street, Suite 110 |
| | | Charlotte, NC 28204 |

| Invoice For | **Atlantic Pinstriping** | Invoice ID | 2613 |
|---|---|---|---|
| | c/o Crystal Hester | Issue Date | 12/06/2017 |
| | Bradley Arant Boult Cummings LLP | Due Date | 12/06/2017 (Upon Receipt) |
| | 214 North Tryon Street, Ste. 3700 | | |
| | Charlotte, NC 28202 | | |

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| 11/01/2017 - TMG Service of Process<br>Travel to 1507 A Turring Drive, Indian Trail, North Carolina re surveillance and attempted service on Alan Rosenberg; travel to 3001 Lady's Secret Drive, Indian Trail, North Carolina re same; Investigator speaks to current resident and states that he has lived at the address for one year and believes the Rosenbergs reside in Matthews; Investigator consults various databases and locates a potential address of 841 Stanhope Lane, Matthews, North Carolina. | 3.00 | $85.00 | $255.00 |
| 11/02/2017 - TMG Service of Process<br>Travel to 1507 A Turring Drive, Indian Trail, North Carolina re surveillance and attempted service on Alan Rosenberg; travel to 841 Stanhope Lane, Matthews, North Carolina re same; Investigator consults additional databases and travels to 4208 Lawrence Daniel Drive, Matthews, North Carolina re attempted service on Alan Rosenberg. Investigator observes two vehicles registered to Karen and Alan Rosenberg parked in the driveway. Investigator does not receive any answer when he knocks on the front door of the residence. | 3.00 | $85.00 | $255.00 |
| 11/03/2017 - TMG Service of Process<br>Investigator travels on 1507 A Turring Drive, Indian Trail, North Carolina re attempted service on Alan Rosenberg. | 0.17 | $85.00 | $14.45 |
| Mileage: | 72.00 | $0.65 | $46.80 |
| DMV Research: | 4.00 | $2.00 | $8.00 |
| | | **Amount Due** | **$579.25** |

**Notes**

Janelle Associates, Inc. d/b/a
Barefoot Professional Investigations
Federal Tax ID 56-1650432