# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| Atlantic Pinstriping, LLC, and Michael Montemurro, <br><br> Plaintiffs, <br><br> v. <br><br> Atlantic Pinstriping Triad, LLC, Atlantic Dealer Services Coastal, LLC, Tony Horne, William E. Horne, and Jerry W. Parker, <br><br> Defendants. | Case No.: 3:16-CV-547-GCM <br><br><br><br><br><br> **ORDER** |

This matter is before the Court upon Plaintiffs' counsel's Declaration in support of request for attorneys' fees and costs related to the Motion to Compel Compliance with Subpoena, filed December 8, 2017. On November 29, 2017 the Court granted Plaintiffs' Motion to Compel and directed Plaintiffs to submit a declaration setting forth the attorneys' fees and costs incurred in connection with this motion. The Court has reviewed the costs and fees requested and hereby GRANTS the request.

IT IS THEREFORE ORDERED that Plaintiffs are hereby awarded $22,527.00 in attorneys' fees and $772.25 in costs.

Signed: January 10, 2018

Graham C. Mullen
United States District Judge