# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| Atlantic Pinstriping, LLC, and<br>Michael Montemurro, | ) | Case No.: 3:16-CV-547-GCM |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Atlantic Pinstriping Triad, LLC, | ) | **ORDER** |
| Atlantic Dealer Services Coastal, LLC, | ) | |
| Tony Horne, | ) | |
| William E. Horne, and | ) | |
| Jerry W. Parker, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court upon its own motion. A show cause hearing has been scheduled in this case for March 28, 2018. Defendants today filed a Motion to Dismiss for lack of subject matter jurisdiction based upon the arbitrator's decision of March 12, 2018. The Court will continue the hearing to allow the Plaintiffs an opportunity to respond to the Defendants' motion. Plaintiffs are directed to file a response to Defendants' motion within 14 days.

IT IS SO ORDERED.

Signed: March 27, 2018

Graham C. Mullen
United States District Judge