# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| Atlantic Pinstriping, LLC, and Michael Montemurro, | Case No.: 3:16-CV-547-GCM |
| Plaintiffs, | |
| v. | |
| Atlantic Pinstriping Triad, LLC, Atlantic Dealer Services Coastal, LLC, Tony Horne, William E. Horne, and Jerry W. Parker, | **ORDER** |
| Defendants. | |

This matter is before the Court upon Plaintiffs' Unopposed Motion to Confirm Arbitration Award. This motion is hereby GRANTED pursuant to 9 U.S.C. § 9.

IT IS SO ORDERED.

Signed: May 14, 2018

Graham C. Mullen
United States District Judge