UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Atlantic Pinstriping, LLC, and Michael Montemurro, | Case No.: 3:16-CV-547-GCM |
| Plaintiffs, | |
| v. | |
| Atlantic Pinstriping Triad, LLC, Atlantic Dealer Services Coastal, LLC, Tony Horne, William E. Horne, and Jerry W. Parker, | **ORDER** |
| Defendants. | |

This matter is before the Court upon its own motion. At a hearing today on Plaintiff's Motion for Contempt, Defendants insisted that pursuant to *United States v. Lonnen*, 2016 WL 4194243 (M.D.N.C. August 8, 2016), Defendants are entitled to a trial with live witnesses on Plaintiff's motion. Accordingly,

IT IS THEREFORE ORDERED that trial in this matter shall be held on June 13, 2018 beginning at 10:00 a.m. in Courtroom 2-2.

IT IS FURTHER ORDERED that the parties are hereby directed to submit proposed findings of fact and conclusions of law to the Court no later than June 11 by 2:00 p.m.

Signed: May 30, 2018

Graham C. Mullen
United States District Judge