# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Atlantic Pinstriping, LLC<br>Michael Montemurro, | JUDGMENT IN CASE |
| Plaintiff(s), | 3:16-cv-00547-GCM |
| vs. | |
| Jerry W. Paker<br>Atlantic Dealer Services Coastal, LLC<br>Tony Horne<br>William E. Horne<br>Atlantic Pinstriping Triad, LLC,<br>Defendant(s). | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 6, 2018 Order.

September 6, 2018

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court